**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**RICHARD DION DREWERY**                                                                 **PLAINTIFF**

                                                                 **CAUSE NO. 1:16-CV-00020-SA-DAS**

**MICHAEL HUDSON and PAT MARLAR,**
**In Their Individual Capacities**                                                 **DEFENDANTS**

### ORDER TO STAY

**THIS DAY THIS MATTER** came before the Court on Defendant Hudson's Suggestion of Bankruptcy [Doc. 21] and Motion for Stay due to Suggestion of Bankruptcy [Doc. 22]. Having considered all pleadings and the agreement of the parties, the Court finds that this Motion is well taken and hereby GRANTS same.

IT IS THEREFORE, ORDERED AND ADJUDGED, that the above styled case is hereby stayed and administratively terminated until the parties can address the provisions of the Automatic Stay in the bankruptcy proceedings of Defendant Hudson.

The parties shall notify the Court within fourteen days of the lifting of the automatic stay in Defendant Hudson's bankruptcy proceeding so the case may be reopened.

SO ORDERED and adjudged, on this the 2nd day of November, 2016.

                                                 **/s/ Sharion Aycock_____**
                                                 **U.S. DISTRICT JUDGE**