IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICHARD DION DREWERY                                                    PLAINTIFF

V.                                                                NO. 1:16-CV-20-SA-DAS

MICHAEL HUDSON AND PAT MARLAR,
In Their Individual Capacities                                          DEFENDANTS

AGREED ORDER GRANTING MOTION TO LIFT STAY

Upon motion of the Plaintiff, Richard Dion Drewery, with the agreement of the Defendants, and for good cause shown, it is hereby ORDERED that the stay previously entered in this civil action is lifted. The parties shall contact the Magistrate Judge assigned to this case within seven days to set up a scheduling conference.

So ORDERED on this the 12th day of April, 2017.

_/s/ Sharion Aycock_____
UNITED STATES DISTRICT JUDGE


Agreed to:

_/s/ Arnold U. Luciano, Esq._____
Attorney for Defendants